UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR THE STUDY OF SERVICES, )
ALSO DBA CONSUMERS' CHECKBOOK )
1625 K Street, NW, 8th Floor )
                                   )
           Plaintiff, )
                                   )
                                   )  Civil Action No. 14-0498
                                   )  (ECF)
UNITED STATES DEPARTMENT OF, )
HEALTH AND HUMAN SERVICES )
200 Independence Avenue, SW )
Washington, DC 20201 )
                                   )
CENTERS FOR MEDICARE AND )
MEDICAID SERVICES, )
200 Independence Avenue, SW )
Washington, DC 20201 )
                                   )
           Defendants. )
_____ )

## DECLARATION OF OLEN CLYBOURN

I, Olen Clybourn, hereby make the following declaration:

1.    I am the Acting Freedom of Information Officer for the Division of Freedom of Information (the FOIA Division), Office of Strategic Operations and Regulatory Affairs (OSORA), Centers for Medicare & Medicaid Services (CMS), U.S. Department of Health and Human Services (HHS). In this capacity, I am the Acting Records Access Officer for CMS. I have been employed by CMS since 2002, and am the Deputy Director of OSORA. My duties include responding to requests under the Freedom of Information Act (FOIA) for records of CMS. My duties also include determining whether to release or withhold records or portions of

1

records in accordance with the FOIA and HHS regulations implementing the FOIA, and overseeing FOIA activities within CMS.

2.  I make this declaration based upon my personal knowledge and information available to me in my official capacity.

3.  This declaration will explain the processing of the November 29, 2013, FOIA request directed to CMS from Robert Krugoff (Plaintiff) of Consumers' Checkbook. The request sought:

> the complete set of insurance carrier-submitted facts on the benefits (deductibles, coinsurance rates, copayment amounts, out-of-pocket limits, etc.) offered by each Federally-Facilitated Exchange/Marketplace-eligible plans (Standard Qualified Health Plans (QHPs) and Cost Sharing Reduction (CSR) versions of the QHPs) through the SERFF plan_ management_ data_ templates plans_ benefits.xlsm or equivalent template and provided to HHS/CMS/CCIIO [Center for Consumer Information and Insurance Oversight] for the Federal Health Insurance Marketplace.

The request specified:

> that the benefits data for every QHP and associated CSR version of QHPs as submitted to or utilized by any Federally Facilitated Exchange/Marketplace be provided to us in a format that can be used for import by commercial database or spreadsheet programs. These file formats could include, but are not limited to, XML, XLS, XLSX, ASCII Delimited Text, etc.

The request sought the most current version of these benefit facts. The request also included information that it could reasonably use to identify each QHP as to its name as it appears on the Federally Facilitated Exchange/Marketplace. The request also sought expedited processing and a fee waiver.

4.  My predecessor received the FOIA request by email. My predecessor granted the expedited processing and fee waiver requests on December 2, 2013, and directed staff to route

the request to program officials and to convey the need to expedite the search and transmission of responsive records to the FOIA Office. A copy of the December 2, 2013 email and the FOIA request are attached to this declaration as Exhibit 1.

5. CMS receives the most FOIA requests of any other component at HHS. During Fiscal Year (FY) 2013, CMS received 51,364 new FOIA requests and processed 51,682 FOIA requests. Accordingly, CMS made respectable progress in lowering its backlogged requests from 1,706 requests in FY 2012 to 1,426 in FY 2013, a 16.4% reduction in backlogged FOIA requests for that year. The Presidential directive established a 10% annual backlog reduction, which CMS exceeded. For a historical perspective, at the end of FY 2009 on September 30, 2009, CMS' FOIA backlog was 10,312. In the ensuing four years, at the end of FY 2013 on September 30, 2013, CMS had reduced its backlog by 8,886 requests, which is a cumulative reduction of over 86%.

6. During FY 2013, CMS approved 50 requests for expedited processing. Of those approved expedited requests, one was processed in less than 20 days, five were processed in 21-40 days, one was processed in 41-60 days, one was processed in 61-80 days, two were processed in 121-140 days, one was processed in 161-180 days, and two were processed in 301-400 days. In FY 2013, the shortest time to process an expedited request was one day, and the longest time to process an expedited request was 360 days. Out of the 13 expedited requests processed in FY 2013, the majority were processed in less than 60 days. There are currently over 80 separate approved expedited requests, which were received before the Plaintiff's request, that need to be processed.

7. FY 2014 has been an unusual year for the CMS. The open enrollment period of

the Healthcare Exchange/Marketplace, which ran from October 1, 2013, to March 31, 2014, was a period of high activity at the agency, especially for the components searching for records responsive to plaintiff's FOIA request. In addition, due to the increased attention directed at the Healthcare Exchange/Marketplace and Healthcare.gov, the CMS FOIA Group is processing a significant number of requests related to those topics that are the subject of several recent FOIA litigations. Additionally, the October 2013 government shutdown for two and a half weeks, (although it preceded the Plaintiff's November 29, 2013 request) placed the FOIA Division at a disadvantage proceeding forward, inasmuch as the Division was unable to address the FOIA requests sent to the agency during that time. CMS also experienced an unusually high number of agency closure days, due to the severe winter weather. These challenging circumstances have contributed to the delay in completing plaintiff's FOIA request.

8. In reference to the Plaintiff's statement in his e-mail of January 8, 2014 to former CMS FOIA Director Michael Marquis and Angela Pompey, in which the Plaintiff states that his organization received filings with plan benefit and coverage details from the Illinois Department of Insurance within one day, CMS cannot comment on the timeframe needed by a state agency's ability to provide health plan data for those plans within its state, and to make such a comparison to the Plaintiff's FOIA request to CMS is overly simplistic. Exhibit 2 is a copy of the January 8, 2014 email.

9. The agency has been proactive in reaching out to interested parties regarding access to the information available through the Marketplace. On November 25, 2013, the Plaintiff and others were invited by HHS' Office of the Assistant Secretary of Public Affairs to attend a December 6, 2013 meeting held by HHS regarding state exchanges. On December 6,

2013, subsequent to that morning meeting, Doug Sanders of CMS' Center for Consumer Information and Insurance Oversight (CCIIO) provided the meeting participants (including the Plaintiff) with an Internet link to the publicly available Federally Facilitated Marketplace (FFM) landscape files, also described as the QHP Landscape files (https://www.healthcare.gov/health-plan-information/). The zip file at this link contains a searchable Excel spreadsheet, which is approximately 43 megabytes in size, contains over 78,000 rows of information for individual plans, and 25 columns of categorized information. Five of those columns are expandable, and provided the following categories of information for each listed plan on the spreadsheet: Column "T" - Premium Scenarios; Column "BE" - Standard Plan Cost Sharing; Column "BW" - 73 Percent Actuarial Value Silver Plan Cost Sharing; Column "CO" - 87 Percent Actuarial Value Silver Plan Cost Sharing, and; Column "DJ" - 94 Percent Actuarial Value Silver Plan Cost Sharing. The spreadsheet also contains a description of some of the information which can be obtained from this file, which is included as Exhibit 3 of this declaration.

10. CMS has proactively provided the Plaintiff with publicly available information via the Excel file referenced in the above paragraph. As indicated in Column "J" of the Excel file which lists the sources of the data, data provided from the SERFF is included in the publicly available information. For CMS to provide the additional data requested by the Plaintiff would require CMS and its contractor to search for and extract data from files which are complex in nature, and would require formatting and review prior to disclosure. At this time and for this reason, CMS will need to receive additional information from the CCIIO, the CMS Office of Information Services (OIS), and our contractor to estimate the time needed for the search, formatting and review of these records for Exemption 4 considerations since the data is business

data submitted by insurance carriers. Accordingly, it would not be workable to meet a 10-day day disclosure order from the Court.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed this 9th day of May 2014.

Olen Clybourn
Acting FOIA Officer
Centers for Medicare & Medicaid Services
U.S. Department of Health and Human Services

# EXHIBIT

## Pompey, Angela C. (CMS/OSORA)

| | |
|---|---|
| **From:** | Robert Krughoff <rkrughoff@checkbook.org> |
| **Sent:** | Wednesday, January 08, 2014 5:08 PM |
| **To:** | Marquis, Michael (CMS/OSORA) |
| **Cc:** | Pompey, Angela C. (CMS/OSORA) |
| **Subject:** | FW: FOIA Request for databases of descriptions of benefits for all Fderally Facilitated Marketplace QHPs |
| **Attachments:** | FOIA Request Letter - for Benefit Description Data.doc |

Hi, Mr. Marquis--

Below (and attached) is our correspondence regarding our Nov. 29, 2013 FOIA request. You asked the people handling it to move it quickly and you assigned Angela Pompey to follow up. Ms. Pompey has been very responsive but has been on leave. And we have still not gotten the requested database files.

CMS has the files or it could not have put up the HealthCare.gov website and copying the files should be easy. We have even offered to begin by getting the files only for a half dozen or so states. (By comparison, we have gotten filings with plan benefit and coverage details from the Illinois Dept of Insurance) with a one-day turnaround.

Would you step in and instruct the appropriate CMS staff to get this done immediately?

Thank you.

Robert Krughoff
202-841-7198 (mobile)

---

**From:** Marquis, Michael (CMS/OSORA) [mailto:Michael.Marquis@cms.hhs.gov]
**Sent:** Monday, December 02, 2013 8:38 AM
**To:** Gillard, Breita M. (CMS/OSORA); Tripline, Joseph (CMS/OSORA)
**Cc:** Robert Krughoff; Robert Ellis
**Subject:** FW: FOIA Request for databases of descriptions of benefits for all Fderally Facilitated Marketplace QHPs

Good Morning Breita,

Please log in the attached FOIA request.

Joe, I have reviewed Mr. Krughoff's request and will grant expedited processing and a fee waiver. Please ensure this request is routed to program officials and convey the need to expedite the search and transmission of responsive records to the FOIA office. Thank you,

Michael

Michael S. Marquis
Director
Division of Freedom of Information
Openness, Transparency & Accountability Group
Centers for Medicare & Medicaid Services

Direct: (410) 786-5352
Staff:   (410) 786-5353
Fax:    (410) 786-0474

E-mail: michael.marquis@cms.hhs.gov

---

**From:** Robert Krughoff [mailto:rkrughoff@checkbook.org]
**Sent:** Friday, November 29, 2013 2:50 PM

1

**To:** Marquis, Michael (CMS/OSORA)
**Subject:** FOIA Request for databases of descriptions of benefits for all Fderally Facilitated Marketplace QHPs

Dear Mr. Marquis—
Please see our request described in the FOIA Request Letter attached. Please contact one of the following if there are any questions:
    Robert Krughoff, 202-841-7198, rkrughoff@checkbook.org
    Robert Ellis, 202-454-3013, rmellis@checkbook.org
Thank you.
Robert Krughoff

Information contained in this message may be privileged and confidential. Use and distribution limited solely to authorized personnel.
© Copyright 2013 Center for the Study of Services

Information contained in this message may be privileged and confidential. Use and distribution limited solely to authorized personnel.
© Copyright 2013 Center for the Study of Services

# EXHIBIT

**Gillard, Breita M. (CMS/OSORA)**

| | |
|---|---|
| **From:** | Marquis, Michael (CMS/OSORA) |
| **Sent:** | Monday, December 02, 2013 8:38 AM |
| **To:** | Gillard, Breita M. (CMS/OSORA); Tripline, Joseph (CMS/OSORA) |
| **Cc:** | rkrughoff@checkbook.org; rmellis@checkbook.org |
| **Subject:** | FW: FOIA Request for databases of descriptions of benefits for all Fderally Facilitated Marketplace QHPs |
| **Attachments:** | FOIA Request Letter - for Benefit Description Data.doc |

CMS
DEC 0 2 2013
FOI

Good Morning Breita,

Please log in the attached FOIA request.

Joe, I have reviewed Mr. Krughoff's request and will grant expedited processing and a fee waiver. Please ensure this request is routed to program officials and convey the need to expedite the search and transmission of responsive records to the FOIA office. Thank you,

Michael

Michael S. Marquis
Director
Division of Freedom of Information
Openness, Transparency & Accountability Group
Centers for Medicare & Medicaid Services

Direct: (410) 786-5352
Staff:  (410) 786-5353
Fax:    (410) 786-0474

E-mail: michael.marquis@cms.hhs.gov

**From:** Robert Krughoff [mailto:rkrughoff@checkbook.org]
**Sent:** Friday, November 29, 2013 2:50 PM
**To:** Marquis, Michael (CMS/OSORA)
**Subject:** FOIA Request for databases of descriptions of benefits for all Fderally Facilitated Marketplace QHPs

Dear Mr. Marquis—
Please see our request described in the FOIA Request Letter attached. Please contact one of the following if there are any questions:
   Robert Krughoff, 202-841-7198, rkrughoff@checkbook.org
   Robert Ellis, 202-454-3013, rmellis@checkbook.org
Thank you.
Robert Krughoff

Information contained in this message may be privileged and confidential. Use and distribution limited solely to authorized personnel.
© Copyright 2013 Center for the Study of Services

1

1202 2013 7065

**CSS**

Center for the
Study of Services

CMS
DEC 02 2013
FOI

**This request has been submitted via Federal Express to the above address, via Fax to (410) 786-0474, and via e-mail addressed to Michael Marquis at michael.marquis@cms.hhs.gov.**

November 29, 2013

Centers for Medicare & Medicaid Services (CMS)
Freedom of Information Officer
Mailstop N2-20-16
7500 Security Boulevard
Baltimore, MD 21244

Dear Sir or Madam:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* and corresponding regulations, Center for the Study of Services ("CSS") (also dba Consumers' Checkbook) hereby requests the following records:

We request the complete set of insurance carrier-submitted facts on the benefits (deductibles, coinsurance rates, copayment amounts, out-of-pocket limits, etc.) offered by each Federally-Facilitated Exchange/Marketplace-eligible plan (Standard Qualified Health Plans (QHPs) and Cost Sharing Reduction (CSR) versions of the QHPs) through the SERFF plan_management_data_templates_plans_benefits.xlsm or equivalent template and provided to HHS/CMS/CCIIO for the Federal Health Insurance Marketplace.

We request that the benefits data for every QHP and associated CSR version of QHPs as submitted to or utilized by any Federally Facilitated Exchange/Marketplace be provided to us in a format that can be used for import by commercial database or spreadsheet programs. These file formats could include, but are not limited to, XML, XLS, XLSX, ASCII Delimited Text, etc.

We request the most current version of these benefit facts.

We request that this include information that we can reasonably use to identify each QHP as to its name as it appears on the Federally Facilitated Exchange/Marketplace.

Just for further clarification, the items below illustrate the kinds or fields and content we expect in the files but we are flexible as to the particular fields, field names,

content, and format so long as the meaning of the field names and content can be interpreted.

> Field: MoopComboInd [maximum out-of-pocket cost for an individual, medical and drug combined]
> Content: $6,350
> Field: MedDedInd [medical deductible for an individual]
> Content: $1,500
> Field: SpecialistCopay [specialist copayment]
> Content: $50

Please contact me at 202-841-7198 or rkrughoff@checkbook.org, or contact Robert Ellis at 202-454-3013 or rmellis@checkbook.org, if you have any questions with regard to this request.

We will not use the information requested for any commercial purpose such as sale, resale, or solicitation or advertisement for sales or services.

We request these data as they are maintained at CMS, and ask that the data be supplied on any commonly used electronic medium, which might include tape drives, DVDs, or USB hard drives.

We would like to receive the data divided into files by State.

We intend to use the requested data as part of our preparation of health plan comparison tools that will be available to consumers alongside the Federally Facilitated Exchanges/Marketplaces. We will use the data in calculating actuarial estimates of average out-of-pocket costs for each available QHP for each user of the comparison tool based on that user's family size, ages of family members, self-reported health statuses of family members, and other characteristics. This is the type of analysis we have done for Federal Employees and Retirees for 34 years in preparing one important feature of *Checkbook's Guide to Health Plans for Federal Employees*, which many Federal agencies (including HHS, Labor, OPM, and many others) arrange for their employees to use to help the employees choose plans. We use AHRQ's Medical Expenditure Panel Survey data set as one key element in that analysis.

We expect that as a respected, independent, nonprofit consumer organization, we can quickly provide an online tool that will, as ACA promises the Exchanges will do, "assist consumers in making easy health insurance choices"—and not only "easy" choices but also choices that will best meet their needs and preferences.

What we are planning to do is possible now because of the hard work that has been done under ACA in getting medical conditions out of premium-setting and coverage decisions, creating eligibility and enrollment systems, clarifying benefit requirements and terms, etc.

We are producing this tool at our own cost and intend to make it free to the public--although we might in the future seek independent funding to enable us to maintain the tool.

***We request a very quick response.*** We believe the kind of comparison tool we are planning would be good as soon as possible to help quiet the waters and get consumers moving forward. And it will be needed going forward after any "glitches" in Exchange

functioning are cured. Currently, the Federally Facilitated Marketplace and most state Marketplaces are not set up to provide key elements of information consumers need. And what is provided is not in an easy-to-use form (for example, consumers simply can't compare out-of-pocket costs by trying to figure out whether a $200 deductible and $10,000 out-pocket limit will be better for me than a $2,000 deductible and a $4,000 out-of-pocket limit—while also weighing differences in coinsurance, copayments, etc.)

We intend to help consumers make plan choices so that they can then go to the Exchange to enroll.

### Request for Fee Waiver

Center for the Study of Services is a non-profit 501(c)(3) organization dedicated to conducting and supporting studies of consumer services (including services provided to consumers through government programs) and providing public benefit by publishing magazines, books, reports, and websites that educate and inform consumers about such services. We believe that the provision of the requested information is in the public interest. Through our analysis of the requested data and our publication of findings, we will contribute significantly to the public's understanding and use of key programs and activities mandated by the Affordable Care Act. Also, we will compare the data received through this request with the benefit descriptions the QHPs and the Marketplaces provide consumers in the ACA-required Summary of Benefits and Coverages (SBC) statements and in the information provided when consumers click a link to see "DETAILS" on the Federally Facilitated Marketplaces; we have seen some inconsistencies and inaccuracies in such documentation we have reviewed to date, and we will report any other inconsistencies and inaccuracies we find using the requested data so that any needed improvements in these ACA-required benefit-description systems can be made.

The commercial interests of CSS are not primary to this request. Therefore, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 45 C.F.R. § 5.45, we request that any fees associated with this request be waived. If you should determine that fees will not be waived, I ask that you contact me prior to providing the requested records to discuss the anticipated fees.

Sincerely,

*Robert Krughoff*

Robert Krughoff
President, CHECKBOOK/CSS

**This request has been submitted via Federal Express to the above address, via Fax to (410) 786-0474, and via e-mail addressed to Michael Marquis at <u>michael.marquis@cms.hhs.gov</u>.**

From: (202) 454-3003
Robert Krughoff
Center for the Study of Services
1625 K Street, NW
8th Floor
WASHINGTON, DC 20006

Origin ID: BZSA


Express



J13201306280326

Ship Date: 27NOV13
ActWgt:
CAD: 308600009/INET3432

Delivery Address Bar Code



SHIP TO: (202) 841-7198   BILL CREDIT CARD
**Freedom of Information Officer**
**CMS**
**7500 Security Boulivard**
**Mailstop N2-20-16**
**Baltimore, MD 21244**

Ref #
Invoice #
PO #
Dept #



FedEx
TRK# 7972 7092 4760
[0201]

MON – 02 DEC 10:30A
PRIORITY OVERNIGHT

**XE MTNA**

21244
MD-US   BW



#2279769 11/29 51AG1/D5E6/1A9E

**After printing this label:**
1  Use the 'Print' button on this page to print your label to your laser or inkjet printer
2  Fold the printed page along the horizontal line
3  Place label in shipping pouch and affix it to your shipment so that the barcode porti

**Warning:** Use only the printed original label for shipping. Using a photocopy of this lab
additional billing charges, along with the cancellation of your FedEx account number

Use of this system constitutes your agreement to the service c
fedex.com. FedEx will not be responsible for any claim in exce
delay, non-delivery, misdelivery, or misinformation, unless yo
your actual loss and file a timely claim. Limitations found in th
FedEx for any loss, including intrinsic value of the package, los
other forms of damage whether direct, incidental, consequen
declared value. Recovery cannot exceed actual documented l
jewelry, precious metals, negotiable instruments and other ite
within strict time limits, see current FedEx Service Guide.