# Attachment 1

to
Parties' Joint Status Report

*Center for the Study of Services, also dba Consumers' CHECKBOOK*
*v.*
*United States Department of Health and Human Services, et al.*
Civ. No. 14-498 (GK)

Letter from Robert Krughoff, President, Consumers' CHECKBOOK,
to Olen Clybourn, Acting Freedom of Information Officer,
Ctrs. for Medicare & Medicaid Servs. (June 30, 2014)



June 30, 2014

Olen Clybourn
Acting Freedom of Information Officer
Centers for Medicare & Medicaid Services (CMS)
Mailstop N2-20-16
7500 Security Boulevard
Baltimore, MD  21244

*[Sent via email to Olen.Clybourn@cms.hhs.gov and via Federal Express.]*

Dear Mr. Clybourn,

    In response to a November 29, 2013 request pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.,* and corresponding regulations, CMS recently released to the Center for the Study of Services ("CSS") (also d/b/a Consumers' CHECKBOOK) certain records regarding health plan benefits offered for plan year 2014.  Specifically, CMS released benefits offered by each Federally-Facilitated Exchange/Marketplace-eligible plan (Standard Qualified Health Plans (QHPs) and Cost-Sharing Reduction (CSR) versions) through the Federally-facilitated Marketplace (FFM), including Partnership Marketplaces and the Federally facilitated Small Business Health Options Program (FF-SHOP).

    We understand that, as of June 27, 2014, all health plans planning to participate in the FFM (including Partnership Marketplaces) and FF-SHOP have submitted initial information regarding the benefits they will offer for 2015 through these Exchanges.[1]  Therefore, CSS now requests, for the 2015 plan year, substantially the same information it requested and that CMS released for the 2014 plan year.  Specifically, CSS requests the following records related to the 2015 benefits to be offered through the FFM and FF-SHOP:

- We request the complete set of insurance carrier-submitted facts on the benefits (deductibles, coinsurance rates, copayment amounts, out-of-pocket limits, etc.) to be offered for plan year 2015 by each FFM-eligible plan (Standard QHPs and CSR versions of the QHPs offered through the FFM, Partnership Marketplace, or FF-SHOP) submitted through the SERFF plan_management_data_templates_plans_benefits.xlsm or equivalent template and provided to HHS/CMS/CCIIO.  We also request, for each plan, the insurance-carrier submitted facts on each plan's geographic service area, as submitted through the SERFF Service Area Template.

---

[1] *See* Ctr. for Consumer Info. and Ins. Oversight, 2015 Letter to Issuers in the Federally-facilitated Marketplaces, at 8 (Mar. 14, 2014), *available at* http://www.cms.gov/CCIIO/Resources/Regulations-and-Guidance/Downloads/2015-final-issuer-letter-3-14-2014.pdf.

- We request that this data for every QHP and associated CSR version of QHPs as submitted to or utilized by any FFM be provided to us in a format that can be used for import by commercial database or spreadsheet programs.  These file formats could include, but are not limited to, XML, XLS, XLSX, ASCII Delimited Text, etc.

- We request the most current version of these benefit facts.

- We request that this include information that we can reasonably use to identify each QHP as to its name as it appears on the Federally Facilitated Exchange/Marketplace.

- We request these data as they are maintained at CMS, and ask that the data be supplied on any commonly used electronic medium, which might include tape drives, DVDs, or USB hard drives.

- We would like to receive the data divided into files by State.

We intend to use the requested data as part of our preparation of health plan comparison tools that will be available to consumers alongside the FFM.  We will use the data in calculating actuarial estimates of average out-of-pocket costs for each available QHP for each user of the comparison tool based on that user's family size, ages of family members, self-reported health statuses of family members, and other characteristics.  This is the type of analysis we have done for Federal Employees and Retirees for 34 years in preparing one important feature of *Checkbook's Guide to Health Plans for Federal Employees*, which many Federal agencies (including HHS, Labor, OPM, and many others) arrange for their employees to use to help the employees choose plans.  We use AHRQ's Medical Expenditure Panel Survey data set as one key element in that analysis.  We will not use the information requested for any commercial purpose such as sale, resale, or solicitation or advertisement for sales or services.

We expect that as a respected, independent, nonprofit consumer organization, we can quickly provide an online tool that will, as ACA promises the Exchanges will do, "assist consumers in making easy health insurance choices"—and not only "easy" choices but also choices that will best meet their needs and preferences.

What we are planning to do is possible now because of the hard work that has been done under ACA in getting medical conditions out of premium-setting and coverage decisions, creating eligibility and enrollment systems, clarifying benefit requirements and terms, etc.

We are producing this tool at our own cost and intend to make it free to the public-- although we may seek independent funding to enable us to maintain the tool.

**Request for Expedited Processing.**  CMS granted CSS's request for expedited processing of its substantially similar November 29, 2013, FOIA request.  CSS again requests expedited processing of this request based on a compelling need for the data.  Specifically, CSS is primarily engaged in disseminating information and this information is urgently needed to inform the public concerning Federal Government activity.  *See* 5 U.S.C. §§ 552(a)(6)(E)(i), (v).  The kind of comparison tool we are planning will help to inform consumers regarding health plan options under the ACA and will provide consumers with information that is not currently available through other plan comparison options.  Currently, the Federally Facilitated

Marketplace and most state Marketplaces are not set up to provide key elements of information consumers need.  And what is provided is not in an easy-to-use form (for example, consumers simply can't compare out-of-pocket costs by trying to figure out whether a $200 deductible and $10,000 out-pocket limit will be better for me than a $2,000 deductible and a $4,000 out-of-pocket limit—while also weighing differences in coinsurance, copayments, etc.)  We intend to help consumers make plan choices so that they can then go to the Exchange to enroll.  This information is urgently needed because consumers will begin to enroll in plans for 2015 in just over four months.

**Request for Fee Waiver.**  CMS granted CSS's request for a fee waiver with respect to its substantially similar November 29, 2013, FOIA request.  CSS is a non-profit 501(c)(3) organization dedicated to conducting and supporting studies of consumer services (including services provided to consumers through government programs) and providing public benefit by publishing magazines, books, reports, and websites that educate and inform consumers about such services.  We believe that the provision of the requested information is in the public interest.  Through our analysis of the requested data and our publication of findings, we will contribute significantly to the public's understanding and beneficial use of key programs and activities mandated by the Affordable Care Act.  Also, we will compare the data received through this request with the benefit descriptions the QHPs and the Marketplaces provide consumers in the ACA-required Summary of Benefits and Coverages (SBC) statements and in the information provided when consumers click a link to see "DETAILS" on the Federally Facilitated Marketplaces; we have seen some inconsistencies and inaccuracies in such documentation we have reviewed to date, and we will report any other inconsistencies and inaccuracies we find using the requested data so that any needed improvements in these ACA-required benefit-description systems can be made.

The commercial interests of CSS are not primary to this request.  Therefore, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 45 C.F.R. § 5.45, we request that any fees associated with this request be waived.  If you should determine that fees will not be waived, I ask that you contact me prior to providing the requested records to discuss the anticipated fees.

Sincerely,

*[signature: Robert Krughoff]*

Robert Krughoff
President, CHECKBOOK/CSS

cc:   Benton Peterson, Assistant United States Attorney, District of Columbia
      Patricia Mantoan, Attorney, Office of the General Counsel, U.S. Department of Health &
          Human Services

3